UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISON

CASE NO.: 22-CV-24227-RNS

WINDY LUCIUS,

    Plaintiff,

v.

STARR RESTAURANTS HOTEL GROUP, LLC.,
d/b/a El Vez

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, WINDY LUCIUS, by and through the undersigned counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby gives notice that she voluntarily dismisses this action, with prejudice against, Defendant, STARR RESTAURANTS HOTEL GROUP, LLC., d/b/a El Vez and respectfully requests this Court to terminate the action.

Respectfully submitted this January 27, 2023.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

Lucius v. Starr Restaurants
Case No. 22-CV-24227-RNS

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2023, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
J. Courtney Cunningham, Esq.
Florida Bar No.: 628166
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*