United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Windy Lucius, Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 22-24227-Civ-Scola |
| | ) |
| Starr Restaurants Hotel Group, | ) |
| LLC, Defendant. | ) |

### Order of Dismissal

The Plaintiff has dismissed this case with prejudice consistent with Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Not. of Dismissal, ECF No. 14.) The Court directs the Clerk to **close** this case. All pending motions are denied as moot.

**Done and ordered** at Miami, Florida on January 27, 2023.

Robert N. Scola, Jr.
United States District Judge